IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**JAMES GRASS,**

      **Plaintiff,**

**v.**                                          **Civil Action No. 1:09cv160**
                                                              **(Judge Keeley)**

**KAREN WINTERS, M.D., and**
**WILLIAM M. FOX, Warden,**

      **Defendants.**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (DKT. 65),
GRANTING MOTION TO DISMISS (DKT. 43) AND
MOTION FOR SUMMARY JUDGMENT (DKT. 61), AND
DISMISSING CASE WITH PREJUDICE**

On September 14, 2010, United States Magistrate Judge James E. Seibert entered a Report and Recommendations ("R&R"), recommending that the Court dismiss this case with prejudice. The R&R further stated that any party objecting to its recommendations must do so within fourteen days of receipt of service of the R&R. The pro se plaintiff, James Grass, accepted service of the R&R on September 15, 2010, and has filed no objections.

Accordingly, the Court **ADOPTS** the R&R (dkt. 65) in full, **GRANTS** the motion to dismiss (dkt. 43) filed by defendant William M. Fox, Warden, **GRANTS** the motion for summary judgment (dkt. 61)

filed by defendant Karen Winters, M.D., and **DISMISSES** this case **WITH PREJUDICE.**

It is so **ORDERED.**

The Court directs the Clerk to strike this case from the active docket, enter a separate judgment order, and transmit copies of both orders to counsel of record and to the pro se plaintiff via certified mail, return receipt requested.

Dated: October 13, 2010

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE